UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RETHA FLOYD,<br><br>       Plaintiff,<br><br>  v.<br><br>NATIONSTAR MORTGAGE LLC OF DELAWARE, D/B/A CHAMPION MORTGAGE COMPANY et al.,<br><br>       Defendant. | Civil Action No. 1:16-CV-00835-CRC |

## NOTICE OF SETTLEMENT

The parties are pleased to report that they have reached an informal resolution of this lawsuit. They are now formalizing the settlement and expect to file a stipulation dismissing all claims with prejudice no later than September 22, 2016.

Dated: August 23, 2016

Respectfully submitted,

/s/ Jeffrey Kaliel
Jeffrey Kaliel (#983578)
jkaliel@tzlegal.com
Tycko & Zavereei LLP
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

AND

/s/ Charles M. Delbaum
Charles M. Delbaum (*pro hac vice*)
Stuart T. Rossman (*pro hac vice*)
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110
Telephone: (617) 542-8010
Fax: (617) 542-8028
cdelbaum@nclc.org
srossman@nclc.org

AND

/s/ Amy R. Mix
Amy R. Mix (#483483)
Legal Counsel for the Elderly, an Affiliate of AARP
601 E Street, NW
Washington, DC 20049
T: (202)434-2171
F: (202)434-6464
amix@aarp.org

*Attorneys for Plaintiff*

/s/ Joseph F. Yenouskas
Thomas M. Hefferon (DC Bar No. 461750)
Joseph F. Yenouskas (DC Bar No. 414539)
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
Fax: 202.346.4444
thefferon@goodwinlaw.com
jyenouskas@goodwinlaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on August 23, 2016.

/s/ John C. Raffetto